Matter of Convery (2024 NY Slip Op 01151)

Matter of Convery

2024 NY Slip Op 01151

Decided on February 29, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:February 29, 2024

PM-26-24
[*1]In the Matter of Jerome J. Convery, an Attorney. (Attorney Registration No. 1958834)

Calendar Date:February 26, 2024

Before:Pritzker, J.P., Lynch, Reynolds Fitzgerald, McShan and Powers, JJ.

Jerome J. Convery, Matawan, New Jersey, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Jerome J. Convery was admitted to practice by this Court in 1982 and lists a business address in Matawan, New Jersey with the Office of Court Administration. Convery now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advised that it opposes Convery's application based on omissions made within his application. Convery thereafter filed a supplemental affidavit in response to AGC's correspondence.
Upon reading Convery's affidavit sworn to December 14, 2023 and filed December 20, 2023, supplemental filing of Convery sworn to February 2, 2024, and upon reading the January 24, 2024 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Convery is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Pritzker, J.P., Lynch, Reynolds Fitzgerald, McShan and Powers, JJ., concur.
ORDERED that Jerome J. Convery's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Jerome J. Convery's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Jerome J. Convery is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Convery is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Jerome J. Convery shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.